## ROWAN COUNTY BD. OF EDUCATION v. U. S. GYPSUM CO.

No. 339A91

Case below: 103 N.C.App. 288

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 2 October 1991.

## SCHRIER v. K-MART CORP.

No. 274P91

Case below: 102 N.C.App. 823

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

## STATE v. ALLEN

No. 249A91

Case below: 102 N.C.App. 598

Motion by the Attorney General to dismiss the appeal for failure to show a substantial constitutional question denied 2 October 1991.

## STATE v. BUCKNER

No. 353P91

Case below: 103 N.C.App. 394

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

## STATE v. HOOPER

No. 418P91

Case below: 103 N.C.App. 662

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.